598 A.2d 870

TRUMP CASTLE HOTEL & CASINO v. BOARD OF REVIEW.

April 2, 1991.

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed. (See 122 *N.J.* 318, 585 *A.*2d 338 (1990).)

598 A.2d 871

ELIZABETH SEVER v. WESTINGHOUSE
ELECTRIC CORPORATION.

April 2, 1991.

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed. (See 122 *N.J.* 414, 585 *A.*2d 406 (1990).)

598 A.2d 871

STATE OF NEW JERSEY v. RICHARD S. WOODWARD.

April 9, 1991.

Petition for certification granted and the matter is summarily remanded to the trial court for resentencing in the light of *State v. Gonzalez,* 123 *N.J.* 462, 588 *A.*2d 816 (1991).

Jurisdiction is not retained.